UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Boards of Trustees of Ohio
Laborers' Fringe Benefit Programs,**

    **Plaintiff,**

    v.                          Case No. 2:16–cv–686

**Olive Leaf Landscaping, Inc.,**       Judge Michael H. Watson

    **Defendant.**

## ORDER

On October 25, 2016, Magistrate Judge Kemp issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's motion for default judgment, ECF No. 6, and enter judgment against Defendant in the amount of $6,755.70 in liquidated damages, and interest; interest from the date of judgment at the rate of 1% per month; and $400.00 in costs. R&R 5, ECF No. 7.

The R&R advised the parties of their right to object and warned the parties that a failure to timely object would result in a waiver of the right to have the Undersigned conduct a *de novo* review of the R&R and in a waiver of the right to appeal the decision adopting the R&R. *Id.* at 5–6. The deadline for objections has passed, and none have been filed.

Having received no objections, the Court **ADOPTS** the R&R and **GRANTS** Plaintiff's motion for default judgment, ECF No. 6. The Clerk shall enter

judgment against Defendant in the amount of $6,755.70 in liquidated damages, and interest; interest from the date of judgment at the rate of 1% per month; and $400.00 in costs.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**